UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------x

STRIKE 3 HOLDINGS, LLC,

               Plaintiff,        **MEMORANDUM & ORDER**
                                                    24-cv-02287-EK-LB

    -against-

JOHN DOE SUBSCRIBER ASSIGNED IP
ADDRESS 24.228.123.81[1],

               Defendant.

-------------------------------------x

ERIC KOMITEE, United States District Judge:

        The Court has received Magistrate Judge Bloom's Report and Recommendation (R&R) dated March 11, 2025.  ECF No. 27. Judge Bloom recommends that Strike 3 Holdings' motion for default judgment against the John Doe subscriber assigned IP address 24.228.123.81, a/k/a Errol Glanville, be granted. Neither party has filed objections and the time to do so has expired.  Accordingly, the Court reviews Judge Bloom's recommendation for clear error on the face of the record.  *See* Fed. R. Civ. P. 72(b) advisory committee's note to 1983

---

[1] Plaintiff originally filed this action against "John Doe subscriber assigned IP address 24.228.123.81."  ECF No. 1.  A later unsealed complaint identified "[d]efendant John Doe subscriber assigned IP address 24.228.123.81" as "Errol Glanville."  ECF No. 12 at 1.  The Clerk of Court is respectfully directed to amend the case caption to reflect this and read "John Doe subscriber assigned IP address 24.228.123.81 a/k/a Errol Glanville."

addition; *accord State Farm Mut. Auto. Ins. Co. v. Grafman*, 968 F. Supp. 2d 480, 481 (E.D.N.Y. 2013).

Having reviewed the record, I find no error and therefore adopt the R&R in its entirety. Thus, default judgment is granted in the amount of $21,075.00, reflecting $20,250.00 in statutory damages under the Copyright Act and $825.00 in costs. Plaintiff will also be awarded post-judgment interest at the statutory rate from the date judgment is entered until the date defendant satisfies the judgment. The Court will also issue a permanent injunction prohibiting defendant from infringing on plaintiff's twenty-seven films described in the complaint and requiring defendant to destroy all digital files related to the films and all copies of the films that are in his possession, custody, or control.

The Clerk of Court is respectfully directed to mark this case as terminated.

SO ORDERED.

/s/ Eric Komitee
ERIC KOMITEE
United States District Judge

Dated:   April 1, 2025
         Brooklyn, New York